IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 09-CR-65 (HL) |
| KENYON GRESHAM, | VIOLATION: Drug Related |
| Defendant | |

## ORDER OF PRETRIAL DETENTION

Defendant KENYON GRESHAM this day appeared before the undersigned for an initial appearance and arraignment. In considering the request of the government for the pretrial detention of defendant GRESHAM in the above-captioned matter, the court noted that the defendant is already detained pursuant to an order entered in Criminal No. 5:06-CR-89 (CAR) on June 23, 2009.

**Upon consideration of the issue of pretrial release herein, the court finds the following:**

(1) the indictment herein charges a serious drug felony for which long-term imprisonment can be expected in the event of a conviction or plea of guilty;

(2) the defendant's guideline estimate is 77 months to 96 months to be served in prison;

(3) the weight of evidence is strong;

(4) the offense charged was committed while the defendant was on supervised release in Criminal No. 5:06-CR-89 (CAR), a drug case;

(5) the defendant poses a serious risk of flight by virtue of the prison sentence he is facing in this case if convicted;

(6) the defendant poses a danger to the community by his continued involvement in drug trafficking.

Accordingly, pretrial detention is mandated.  IT IS SO ORDERED, and defendant GRESHAM is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 23rd day of SEPTEMBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE